# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHERINE HELDMAN, *Plaintiff,* vs. STATE OF OKLAHOMA and DR. TIFFANY KESSLER, individually, *Defendants*. | Case No. CIV-19-419-D |

## J U D G M E N T

Consistent with the Order filed separately, Plaintiff's claims against Defendants State of Oklahoma and Dr. Tiffany Kessler are dismissed. Plaintiff's claims against Defendant Kessler in her official capacity are **DISMISSED WIHOUT PREJUDICE** pursuant to FED. R. CIV. P. 12(b)(1). Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** to refiling pursuant to FED. R. CIV. P. 12(b)(6). Judgment is hereby entered against Plaintiff and in favor of Defendants.

**ENTERED** this 26th day of February, 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge